John A. Vogt (State Bar No. 198677)
javogt@jonesday.com
Edward S. Chang (State Bar No. 241681)
echang@jonesday.com
JONES DAY
3161 Michelson Drive
Suite 800
Irvine, CA  92612.4408
Telephone:  +1.949.851.3939
Facsimile:  +1.949.553.7539

Attorneys for Defendants
LMB MORTGAGE SERVICES, INC.,
D/B/A LOWERMYBILLS.COM AND CPL
ASSETS, LLC, D/B/A CORE DIGITAL
MEDIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| BILL HANSEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CPL ASSETS, LLC, d/b/a/ CORE DIGITAL MEDIA; LMB MORTGAGE SERVICES, INC., d/b/a LOWERMYBLLS.COM; and DIGITAL MEDIA SOLUTIONS, LLC, d/b/a DCMG;<br><br>Defendants. | Case No. 2:19-cv-00179-KJM-DMC<br><br>Assigned to Hon. Kimberly J. Mueller<br><br>**DEFENDANT CPL ASSETS, LLC d/b/a CORE DIGITAL MEDIA'S CERTIFICATE OF INTERESTED PARTIES**<br><br>Complaint filed:  January 29, 2019<br>FAC filed:  March 4, 2019 |

Under Federal Rule of Civil Procedure 7.1, the undersigned, attorney of record for CPL Assets, LLC, d/b/a Core Digital Media ("CPL"), certifies that the following may have a direct, pecuniary interest in the outcome of this case. This certification is made to enable the Court to evaluate possible disqualification or recusal:

1. <u>Parent Companies</u>:   CPL is 100% owned by LMB OpCo, LLC, a privately owned Delaware limited liability company.

2. <u>Publicly Held Companies</u>:   None.

Dated: March 25, 2019

JONES DAY

By: _____
John A. Vogt (State Bar No. 198677)
javogt@jonesday.com
JONES DAY
3161 Michelson Drive
Suite 800
Irvine, CA  92612.4408

Attorneys for Defendants
LMB MORTGAGE SERVICES, INC.,
D/B/A LOWERMYBILLS.COM AND CPL ASSETS, LLC, D/B/A CORE DIGITAL MEDIA

I, Jenice Thakur, declare:

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3161 Michelson Drive, Suite 800, Irvine, California 92612.4408. On March 25, 2019, I served a copy of:

**DEFENDANT CPL ASSETS, LLC d/b/a CORE DIGITAL MEDIA'S CERTIFICATE OF INTERESTED PARTIES**

by electronic transmission.

I am familiar with the United States District Court for the Eastern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

David W. Hall
Hedin Hall LLP
Four Embarcadero Center, Suite 1400
San Francisco, CA 94104

*Attorneys for Plaintiff BILL HANSEN*

Executed on March 25, 2019, at Irvine, California.

/s/ Jenice Thakur
Jenice Thakur