# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

BILL HANSEN,

    Plaintiff,

v.

ROCK HOLDINGS, INC., et al.,

    Defendants.

No. 2:19-CV-0179-KJM-DMC

ORDER

Plaintiff, who is proceeding with retained counsel, brings this civil action under the Telephone Consumer Protection Act (TCPA). Pending before the court is defendants' amended motion to compel arbitration (ECF No. 23), set for hearing before the District Judge on June 28, 2019. On the court's own motion, the scheduling conference set for hearing before the undersigned on June 14, 2019, is vacated pending the District Judge's resolution of defendants' motion to compel arbitration.

    IT IS SO ORDERED.

Dated: May 24, 2019

    DENNIS M. COTA
    UNITED STATES MAGISTRATE JUDGE