# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILL HANSEN, | No. 2:19-CV-0179-KJM-DMC |
| Plaintiff, | |
| v. | ORDER |
| ROCK HOLDINGS, INC., et al., | |
| Defendants. | |

Plaintiff, who is proceeding with retained counsel, brings this civil action under the Telephone Consumer Protection Act (TCPA). The matter is hereby re-set for an initial scheduling conference before the undersigned in Sacramento, California, on February 27, 2020, at 11:00 a.m. in Courtroom 4. The scheduling conference shall proceed on the parties' joint scheduling statement filed on January 31, 2020.

IT IS SO ORDERED.

Dated: February 13, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1