# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILL HANSEN, | No. 2:19-CV-0179-KJM-DMC |
| Plaintiff, | |
| v. | ORDER |
| LMB MORTGAGE SERVICES, INC., et al., | |
| Defendants. | |

Plaintiff, who is proceeding with retained counsel, brings this civil action under the Telephone Consumer Protection Act (TCPA). Defendants have appealed the District Judge's January 21, 2020, order denying their motion to compel arbitration. See ECF Nos. 40 (order) and 43 (notice of appeal). On the court's own motion, the scheduling conference set for hearing before the undersigned on February 27, 2020, is vacated pending resolution of the appeal and return of jurisdiction to this court.

IT IS SO ORDERED.

Dated: February 20, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE