IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILL HANSEN,<br><br>             Plaintiff,<br><br>       v.<br><br>LMB MORTGAGE SERVICES, INC., et al.,<br><br>             Defendants. | No. 2:19-CV-0179-KJM-DMC<br><br><br>ORDER |

Plaintiff, who is proceeding with retained counsel, brings this civil action. On the Court's own motion, the continued scheduling conference set for May 18, 2020, at 10:00 a.m., before the undersigned in Sacramento, California, is vacated pending the District Judge's rulings on various pending motions now submitted on the record without oral argument.

IT IS SO ORDERED.

Dated: May 11, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1