**BURSOR & FISHER, P.A.**
Yeremey O. Krivoshey (SBN 295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ykrivoshey@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
701 Brickell Avenue, Suite 1420
Miami, FL 33131
Telephone: (305) 330-5512
Facsimile: (305) 676-9006
E-Mail: scott@bursor.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILL HANSEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CPL ASSETS, LLC, d/b/a/ CORE DIGITAL MEDIA; LMB MORTGAGE SERVICES, INC., d/b/a LOWERMYBLLS.COM; and DIGITAL MEDIA SOLUTIONS, LLC, d/b/a DCMG,<br><br>Defendants. | Case No. 2:19-cv-00179-KJM-DMC<br><br>**NOTICE OF SETTLEMENT**<br><br>Judge:  Hon. Kimberly J. Mueller |

Plaintiff Bill Hansen ("Plaintiff"), and Defendants CPL Assets, LLC, d/b/a/ Core Digital Media; LMB Mortgage Services, Inc., d/b/a LowerMyBills.com; and Digital Media Solutions, LLC, d/b/a DCMG ("Defendants") (collectively, the "Parties") have reached a settlement in principle of the claims asserted in this action. The Parties intend to execute a formal settlement agreement in the next few days, at which point this action will be dismissed with prejudice.[1] The parties jointly request that the Court stay all pending deadlines in this matter until further notice by the parties. Pursuant to L.R. 160(b), the Parties will, other than for good cause, file documents disposing of the action within 21 days of today's date, on or by March 28, 2022.

Dated:  March 7, 2022           **BURSOR & FISHER, P.A.**

By:     */s/ Yeremey Krivoshey*

Yeremey O. Krivoshey (SBN 295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ykrivoshey@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
701 Brickell Avenue, Suite 1420
Miami, FL 33131
Telephone: (305) 330-5512
Facsimile: (305) 676-9006
E-Mail: scott@bursor.com

*Attorneys for Plaintiff*

---

[1] There is no release of any putative class claims, so dismissal will only be as to the Plaintiff's individual claims with prejudice, and without prejudice as to any putative class claims.