**BURSOR & FISHER, P.A.**
Yeremey O. Krivoshey (SBN 295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ykrivoshey@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
701 Brickell Avenue, Suite 1420
Miami, FL 33131
Telephone: (305) 330-5512
Facsimile: (305) 676-9006
E-Mail: scott@bursor.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILL HANSEN, individually and on behalf of all others similarly situated,<br><br>                                        Plaintiff,<br><br>    v.<br><br>CPL ASSETS, LLC, d/b/a/ CORE DIGITAL MEDIA; LMB MORTGAGE SERVICES, INC., d/b/a LOWERMYBLLS.COM; and DIGITAL MEDIA SOLUTIONS, LLC, d/b/a DCMG,<br><br>                                        Defendants. | Case No. 2:19-cv-00179-KJM-DMC<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(ii)**<br><br>Judge:  Hon. Kimberly J. Mueller |

Plaintiff Bill Hansen ("Plaintiff"), and Defendants CPL Assets, LLC, d/b/a/ Core Digital Media; LMB Mortgage Services, Inc., d/b/a LowerMyBills.com; and Digital Media Solutions, LLC, d/b/a DCMG ("Defendants") (collectively, the "Parties") hereby stipulate and agree that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff hereby dismisses all claims in this action against Defendants with prejudice, all sides to bear their own costs and fees.

Dated:  April 1, 2022     **BURSOR & FISHER, P.A**.

By:   /s/ Yeremey Krivoshey

Yeremey O. Krivoshey
*Attorneys for Plaintiff*

Dated:  April 1, 2022     **ELLIS LAW GROUP, LLP**

By:   /s/ Mark. E. Ellis

Mark E. Ellis
*Attorneys on behalf of Defendant Digital Media Solutions, LLC, d/b/a DCMG*

Dated:  April 1, 2022     **JONES DAY**

By:   /s/ John A. Vogt

John A. Vogt
*Attorneys on behalf of Defendants CPL Assets, LLC and LMB Mortgage Services, Inc.*